1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, California 95814
4   Telephone: (916) 498-5700

5

6   Attorney for Defendant
    DANIEL GUTIERREZ
7

8

9                    IN THE UNITED STATES DISTRICT COURT

10                  FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13   UNITED STATES OF AMERICA,      )   No. 2:09-CR-486 MCE
                                     )
14                  Plaintiff,       )
                                     )   **STIPULATION AND ORDER**
15        v.                         )   **CONTINUING STATUS CONFERENCE**
                                     )
16   DANIEL GUTIERREZ,               )
                                     )   Date:  November 18, 2010
17                  Defendant.       )   Time:  9:00 a.m.
                                     )   Judge: Morrison C. England, Jr.
18   _____)

19

20        IT  IS  HEREBY  STIPULATED  AND  AGREED  between  Defendant,  Daniel

21   Gutierrez, through his attorney, Timothy Zindel, and plaintiff, United

22   States of America, through its attorney, William S. Wong, that the status

23   conference presently scheduled for November 18, 2010, may be continued to

24   December 16, 2010, at 9:00 a.m.

25        The government has vowed to provide discovery this week.   Time is

26   needed  to  review  discovery  and  also  to  obtain  past  court  records

27   concerning Mr. Gutierrez, which may bear on sentencing.

28   ///

1   Accordingly, the parties agree that time under the Speedy Trial Act

2   should be excluded through the status conference scheduled for December

3   16, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(a) and (B)(iv).

4                                     Respectfully submitted,

5                                     DANIEL J. BRODERICK
                                      Federal Defender
6

7   Dated:  November 16, 2010         /s/ T. Zindel
                                      TIMOTHY ZINDEL
8                                     Assistant Federal Defender
                                      Attorney for DANIEL GUTIERREZ
9

10                                    BENJAMIN B. WAGNER
                                      United States Attorney
11

12  Dated:  November 16, 2010         /s/ T. Zindel for W. Wong
                                      WILLIAM S. WONG
13                                    Assistant U.S. Attorney

14
                                **O R D E R**
15

16       The status conference is continued to December 16, 2010, at 9:00

17  a.m.  Time under the Speedy Trial Act is excluded through that date for

18  the reasons stated above and to assure continuity of defense counsel.

        IT IS SO ORDERED.
19

20

21   Dated: November 17, 2010

22

23  _____
    MORRISON C. ENGLAND, JR.
24  UNITED STATES DISTRICT JUDGE

25

26

27

28

Stip & Order                        -2-