```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700
```

Attorney for Defendant
DANIEL GUTIERREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:09-CR-00486 MCE |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | |
| DANIEL GUTIERREZ, | ) | |
| | ) | Date: January 6, 2011 |
| Defendant. | ) | Time: 9:00 a.m. |
| | ) | Judge: Morrison C. England, Jr. |
| _____ | ) | |

IT IS HEREBY STIPULATED AND AGREED between Defendant, Daniel Gutierrez, through his attorney, Timothy Zindel, and plaintiff, United States of America, through its attorney, William S. Wong, that the status conference presently scheduled for January 6, 2011, may be continued to February 3, 2011, at 9:00 a.m.

The government provided discovery last week. Time is needed to review it, to review court records concerning Mr. Gutierrez, and to determine his potential sentencing exposure.

///

1 Accordingly, the parties agree that time under the Speedy Trial Act
2 should be excluded through the status conference scheduled for February
3 3, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(a) and (B)(iv).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: January 5, 2011        /s/ T. Zindel
                              TIMOTHY ZINDEL
                              Assistant Federal Defender
                              Attorney for DANIEL GUTIERREZ


                              BENJAMIN B. WAGNER
                              United States Attorney


Dated: January 5, 2011        /s/ T. Zindel for W. Wong
                              WILLIAM S. WONG
                              Assistant U.S. Attorney


**O R D E R**

The status conference is continued to February 3, 2011, at 9:00 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and to assure continuity of defense counsel.

IT IS SO ORDERED.

Dated: January 13, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE