DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DANIEL GUTIERREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>DANIEL GUTIERREZ,<br><br>            Defendant.<br>_____ | No. 2:09-CR-486 KJM<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE**<br><br>Date: March 17, 2011<br>Time: 9:00 a.m.<br>Judge: Hon. Kimberly J. Mueller |

    IT IS HEREBY STIPULATED AND AGREED between Defendant, Daniel Gutierrez, and plaintiff, United States of America, through their attorneys, that the status conference presently scheduled for March 17, 2011, may be continued to March 31, 2011, at 9:00 a.m.

    The government has promised to provide a proposed plea agreement to defense counsel so the parties can begin plea negotiations, but it has yet to do so. Time will be needed to review the agreement when it comes and to discuss any appropriate changes. Accordingly, the parties agree that time under the Speedy Trial Act should be excluded through the

status conference scheduled for March 31, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(a) and (B)(iv).

                                       Respectfully submitted,

                                       DANIEL J. BRODERICK
                                       Federal Defender

Dated:  March 16, 2011          /s/ T. Zindel
                                       TIMOTHY ZINDEL
                                       Assistant Federal Defender
                                       Attorney for DANIEL GUTIERREZ

                                       BENJAMIN B. WAGNER
                                       United States Attorney

Dated:  March 16, 2011          /s/ T. Zindel for W. Wong
                                       WILLIAM S. WONG
                                       Assistant U.S. Attorney

## **O R D E R**

The status conference is continued to March 31, 2011, at 10:00 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and to assure continuity of defense counsel.

IT IS SO ORDERED.

Dated:  March 16, 2011.

                                       _____
                                       UNITED STATES DISTRICT JUDGE