1 | DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 | TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
3 | 801 I Street, 3rd Floor
Sacramento, California 95814
4 | Telephone: (916) 498-5700



FILED

MAY 31 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

6 | Attorney for Defendant
    DANIEL GUTIERREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )   No. 2:09-CR-486 KJM
                                    )
                Plaintiff,          )
                                    )   **STIPULATION AND ORDER**
        v.                          )   **FOR TEMPORARY ORDER OF RELEASE**
                                    )
DANIEL GUTIERREZ,                   )
                                    )
                Defendant.          )   Judge: Hon. Gregory G. Hollows
                                    )
_____     )

IT IS HEREBY STIPULATED AND AGREED between defendant, Daniel Gutierrez, and plaintiff, United States of America, through their attorneys, that Mr. Gutierrez may be temporarily released to the third-party custody of a staff investigator for the Office of the Federal Defender for the purpose of visiting his mother, Elsa Gutierrez, at Kaiser Hospital in Roseville. The details of the proposed release are set forth below.

Daniel Gutierrez is pending sentencing for violating 18 U.S.C. § 922(g). His mother, Elsa Gutierrez, has been ill since before he was

1  arrested. She is presently hospitalized in Roseville with a diagnosis of
2  bone cancer. According to Daniel's father, Domingo Gutierrez, she is not
3  expected to recover. Counsel for the United States has agreed that
4  Daniel Gutierrez may be released to the third-party custody of
5  investigators for the Office of the Federal Defender so that he may visit
6  his mother in the hospital.

7  The order set forth below provides for the Marshal to transport Mr.
8  Gutierrez to the courthouse before 9:00 a.m. on Wednesday, June 1; to
9  then release him to the third-party custody of investigators for the
10 Office of the Federal Defender, who will provide him with street
11 clothing; the investigators shall transport Mr. Gutierrez to the hospital
12 for a visit with his mother and shall return him to the Marshals by 3:00
13 p.m. on Wednesday. (This method obviates the need for release and re-
14 booking at the County Jail.)

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: May 31, 2011         /s/ T. Zindel
                            TIMOTHY ZINDEL
                            Assistant Federal Defender
                            Attorney for DANIEL GUTIERREZ


                            BENJAMIN B. WAGNER
                            United States Attorney


Dated: May 31, 2011         /s/ T. Zindel for W. Wong
                            WILLIAM S. WONG
                            Assistant U.S. Attorney

25 /////
26 /////
27 /////
28 /////

Stip & Order                    -2-

**O R D E R**

Defendant shall be temporarily released by the Marshals to the third-party custody of staff investigators employed by the Office of the Federal Defender for the purpose of visiting his mother at Kaiser Hospital in Roseville. The Marshal shall transport defendant to the courthouse before 9:00 a.m. on Wednesday, June 1, and then release him to the Federal Defender investigators. The investigators shall transport defendant to the hospital for the visit and return him to the Marshal at the courthouse by 3:00 p.m. that day.

IT IS SO ORDERED.

Dated: May 31, 2011             /s/ Gregory G. Hollows
                                HON. GREGORY G. HOLLOWS
                                United States Magistrate Judge