```
FILED
May 31, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,                )<br>                                                              )<br>         Plaintiff,                                 )<br>v.                                                        )<br>                                                              )<br>DANIEL GUTIERREZ,                         )<br>                                                              )<br>         Defendant.                            ) | Case No. 2:09CR00486-KJM-1<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release __DANIEL GUTIERREZ__ , Case No. __2:09CR00486-KJM-1__ , Charge __18USC § 922(g)(1)__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   __ Release on Personal Recognizance

   __ Bail Posted in the Sum of $__

      __ Unsecured Appearance Bond

      __ Appearance Bond with 10% Deposit

      __ Appearance Bond with Surety

      __ Corporate Surety Bail Bond

   ✔ (Other)   The defendant is ordered released to the Federal Defender Investigator at 9:00 a.m. and returned to the U.S. Marshal by 3:00 p.m. on 6/1/2011 in order to visit his dying Mother at Kaiser Hospital, Roseville

Issued at __Sacramento, CA__ on __May 31, 2011__ at __2:45 pm__.

By   /s/ Gregory G. Hollows
Gregory G. Hollows
United States Magistrate Judge

Copy 5 - Court